**Order entered August 30, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00682-CV

**SUSAN ANN FISHER, Appellant**

**V.**

**MEDICAL CENTER OF PLANO, ET AL., Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01240-2016**

## ORDER

We **GRANT** appellant's August 26, 2016 motion for an extension of time to pay for the clerk's and reporter's records to the extent that appellant shall file, **by SEPTEMBER 28, 2016,** written verification that she has paid for the records. We caution appellant that failure to pay for the reporter's record will result in this appeal being submitted without that record; failure to pay for the clerk's record will result in dismissal of this appeal without further warning. *See* TEX. R. APP. P. 37.3(b),(c), 42.3(b),(c).

/s/      ELIZABETH LANG-MIERS
         JUSTICE